MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Roger.Dinh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 14-CR-00129 JST |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO EXCLUDE TIME** |
| | ) | **UNDER THE SPEEDY TRIAL ACT** |
| v. | ) | |
| | ) | |
| WILLIAM LEANDRE OLIVER | ) | |
|   a/k/a William Leondre Oliver, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    On April 11, 2014, the parties appeared before this Court for a status conference. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from April 11, 2014 to May 9, 2014.

    The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of counsel, to review discovery and continue its investigation. For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

    Given these circumstances, the Court found that the ends of justice served by excluding the period from April 11, 2014 to May 9, 2014 from Speedy Trial Act calculations outweighs the interests

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00129 JST

1  of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and
2  (h)(7)(B)(iv).

4  DATED: April 15, 2014                                Respectfully submitted,

6                                                       MELINDA HAAG
                                                        United States Attorney

8  /s/ John Paul Reichmuth                              /s/ Roger Dinh
   JOHN PAUL REICHMUTH                                  ROGER DINH
9  Attorney for Defendant                               Special Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the period from April 11, 2014 to May 9, 2014 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 15, 2014                                   _____
                                                        HON. JON S. TIGAR
                                                        United States District Judge

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00129 JST