1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant OLIVER

**FILED**

MAY 0 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   No. CR 14-00129-JST
            Plaintiff,       )
                             )   STIPULATION TO CONTINUE;
vs.                          )   [PROPOSED] ORDER CONTINUING
                             )   CASE AND EXCLUDING TIME UNDER
WILLIAM OLIVER,              )   THE SPEEDY TRIAL ACT
                             )
            Defendant.       )
_____)

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of May 9, 2014 presently scheduled at 9:30 a.m., before the Honorable John S. Tigar, be vacated and re-set for May 23, 2014 at 9:30 a.m. for STATUS HEARING.

The reason for this request is that defense counsel is continuing to review, organize, and investigate discovery in this case. The government is currently in the process of responding to as defense discovery request for video recordings, as well.

The parties agree and stipulate that the time until May 23, 2014 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a

1

speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date   05/08/14

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant BLUE

Date   05/08/14

/s/
Roger Dinh
Special Assistant United States Attorney
(By James Mann, AUSA)

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts including the review, organization, and investigation of discovery, as well as the provision of discovery by the government. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter be continued to May 23, 2014 at 9:30 a.m., and that time be excluded from the date of this order to May 23, 2014 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

5/6/14
Date

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2