1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ROGER DINH (NYBN 4979274)
   Special Assistant United States Attorney
5
           1301 Clay Street, Suite 340S
6          Oakland, California 94612
           Telephone: (510) 637-3680
7          FAX: (510) 637-3724
           Roger.Dinh@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,             )   NO. 14-CR-00129 JST
14                                       )
           Plaintiff,                    )   **STIPULATION AND ~~PROPOSED~~ ORDER TO**
15                                       )   **CONTINUE CASE AND EXCLUDE TIME**
        v.                               )   **UNDER THE SPEEDY TRIAL ACT**
16                                       )
   WILLIAM LEANDRE OLIVER                )
17     a/k/a William Leondre Oliver,     )
                                         )
18         Defendant.                    )
                                         )
19 _____)

20         IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

21 HEARING date of May 23, 2014 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar,

22 be vacated and re-set for June 6, 2014 at 9:30 a.m. for STATUS HEARING.

23         The reason for this request is that the defense counsel has requested and the government is

24 providing supplemental discovery.  Further, the defense counsel will require additional time to review

25 the supplemental discovery and continue to organize and investigate discovery in this case.

26         The parties agree and stipulate to the exclusion of time under the Speedy Trial Act to allow

27 effective preparation of counsel, to review supplemental discovery and continue its investigation.  For

28 that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

   STIP. REQ. TO EXCLUDE TIME
   NO. CR-14-00129 JST

1  Given these circumstances, the ends of justice is served by excluding time until June 6, 2014
2  from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy
3  trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

4

5  DATED: May 20, 2014                              Respectfully submitted,

6

7                                                   MELINDA HAAG
                                                    United States Attorney
8

9  /s/ John Paul Reichmuth                          /s/ Roger Dinh
   JOHN PAUL REICHMUTH                              ROGER DINH
10 Attorney for Defendant                           Special Assistant United States Attorney

11

12

13                                         **ORDER**

14  Based on the reasons provided in the stipulation of the parties above, with the consent of both
15 parties, the Court orders that the above-captioned matter be continued to June 6, 2014 at 9:30 a.m., and
16 that time be excluded from the date of this order to June 6, 2014 pursuant to 18 U.S.C. § 3161(h)(7)(A)
17 and (h)(7)(B)(iv).

18

19  IT IS SO ORDERED.

20 DATED: May 21, 2014

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00129 JST