STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 14-00129-JST |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE; [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| WILLIAM OLIVER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of June 6, 2014 presently scheduled at 9:30 a.m., before the Honorable ~~John~~ Jon S. Tigar, be vacated and re-set for July 11, 2014 at 9:30 a.m. for STATUS HEARING.

The reason for this request is that defense counsel is continuing to review, organize, and investigate discovery in this case. The government did provide the discovery referenced in a previous stipulation and the defense has not yet reviewed it. Furthermore, Mr. Oliver has recently arrived at the NewBridge Foundation to begin inpatient substance dependancy treatment, and defense counsel prefers not to schedule Mr. Oliver for numerous matters outside of the treatment facility.

1       The parties agree and stipulate that the time until July 11, 2014 should be excluded, under
2 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the
3 continuance outweigh the bests interests of the public and the defendant in a speedy and public
4 trial.  The continuance is necessary to accommodate counsel's preparation efforts.

5

6    Date    06/04/14                                            /s/
7                                                         John Paul Reichmuth
                                                        Assistant Federal Public Defender
8                                                         Counsel for defendant BLUE

9

10

11    Date    06/04/14                                            /s/
                                                        Roger Dinh
12                                                         Special Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts including the review, organization, and investigation of discovery, as well as the provision of discovery by the government. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter be continued to July 11, 2014 at 9:30 a.m., and that time be excluded from the date of this order to July 11, 2014 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

June 5, 2014
Date

IT IS SO ORDERED
Judge Jon S. Tigar