MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Roger.Dinh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 14-CR-00129 JST |
| Plaintiff, | **STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| WILLIAM LEANDRE OLIVER a/k/a William Leondre Oliver, | |
| Defendant. | |

On July 11, 2014, the parties appeared before this Court for a status conference and set forth a motion schedule whereby defendant's motion is to be filed by August 8, 2014. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from July 11, 2014 to August 8, 2014.

The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of counsel, to review discovery and continue its investigation. For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the period from July 11, 2014 to August 8, 2014 from Speedy Trial Act calculations outweighs the interests

of the public and the defendant in a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: July 17, 2014                                        Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

/s/ John Paul Reichmuth                                     /s/ Roger Dinh
JOHN PAUL REICHMUTH                                         ROGER DINH
Attorney for Defendant                                      Special Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the period from July 11, 2014 to August 8, 2014 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: July 17, 2014                                        _____
                                              HON. JON S. TIGAR
                                              United States District Judge