STEVEN G. KALAR
Federal Public Defender
John Paul Reichmuth
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for WILLIAM OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 14-129-JST |
|---|---|
| Plaintiff, | ) MOTION, NOTICE OF MOTION AND |
| | ) MEMORANDUM IN SUPPORT OF |
| vs. | ) DEFENDANT'S MOTION TO SUPPRESS |
| | ) EVIDENCE AND STATEMENTS |
| WILLIAM OLIVER, | ) |
| | ) Date: September 19, 2014 |
| Defendant. | ) |

TO: UNITED STATES OF AMERICA, PLAINTIFF; AND MELINDA HAAG, UNITED STATES ATTORNEY; AND ROGER DINH, SPECIAL ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that counsel for defendant William Oliver hereby moves this Court for an order suppressing all fruits of the presumptively unreasonable search and seizure of his person on or about February 27, 2014.

The motion is based on this notice and motion, the following memorandum of points and authorities and accompanying exhibits, the Fourth amendment to the United States Constitution, all other applicable, constitutional, statutory, and case authority, and such evidence and argument as may be presented at the hearing on this motion.

**STATEMENT OF FACTS**

On February 27, 2014, officers of the BART Police Department seized Mr. Oliver without a warrant. They then proceeded to search his person without a warrant. After his arrest, Mr. Oliver was questioned. Because the officers acted without a warrant, the government bears the burden of showing that an exception to the warrant requirement applied in this case. If no such exception applied, then the seizure of Mr. Oliver, and the subsequent search of his person violated the Fourth Amendment, and any fruits of that search and seizure must be suppressed.[1]

**ARGUMENT**

**A.    THE FOURTH AMENDMENT VIOLATIONS**

The Fourth Amendment protects people from "unreasonable searches and seizures." U.S. Const. amend. IV. The Amendment establishes a strong preference for searches and seizures pursuant to a warrant. *See, e.g.*, *Terry v. Ohio*, 392 U.S. 1, 20 (1968). Warrantless searches and seizures are per se unreasonable under the Fourth Amendment, subject only to a few limited exceptions. *Id.*; *United States v. Hawkins*, 249 F.3d 867, 872 (9th Cir. 2001). The government bears the burden of establishing that a warrantless search or seizure does not violate the Fourth Amendment. *Hawkins*, 249 F.3d at 872; *United States v. Delgadillo-Velasquez*, 856 F.2d 1292, 1295 (9th Cir. 1988).

The BART police officers here presumptively violated the Fourth Amendment when they stopped Mr. Oliver, detained him, and searched his person without a warrant.

All fruits of an unlawful search or seizure, including statements, should be suppressed. *See, e.g.*, *Wong Sun v. United States*, 371 U.S. 471, 485 (1963); *United States v. Patzer*, 277 F.3d

---

[1] By his signature below, the undersigned declares under penalty of perjury that he is informed and believes that a warrantless search and seizure of Mr. Oliver were conducted by police officers on or about February 27, 2014, that Mr. Oliver was questioned while detained, and that evidence and statements were obtained by these various searches, seizures, and interrogation.

Oliver Motion to Suppress                                        2

1080, 1082-84 (9th Cir. 2002).  Unless the government establishes that the searches and seizures of Mr. Oliver do not violate the Fourth Amendment, all of his statements must be suppressed as the fruit of the Fourth Amendment violations.

**CONCLUSION**

For the above-stated reasons, Mr. Oliver respectfully requests that the Court suppress the fruits of his unlawful search and seizure.  He only requests an evidentiary hearing in the event that the government creates a genuine issue of fact as to the circumstances of the stop.

Dated: August 7, 2014

                                          Respectfully submitted,

                                          STEVEN G. KALAR
                                          Federal Public Defender

                                          /S/

                                          John Paul Reichmuth
                                          Assistant Federal Public Defender