STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant OLIVER

FILED

AUG 27 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM OLIVER, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 14-00129-JST <br><br> AMENDED STIPULATION TO CONTINUE; [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS HEARING date of September 19, 2014 presently scheduled at 9:30 a.m., before the Honorable John S. Tigar, be vacated and re-set for December 5, 2014 at 9:30 a.m. for MOTIONS HEARING and that the Government's Opposition to the pending Motion to Suppress Evidence be filed by November 7, that the Reply be filed by November 14, and that any Sur-reply be filed by November 19, 2014.

The reason for this request is that government counsel has been involved in trial preparation and jury trial during the week of August 18, 2014 and earlier. The opposition to the pending motion was presently due on August 22, 2014. The parties wish to discuss several legal sentencing issues and try to resolve this case prior the government's filing of its Opposition. One

1

such legal issue requires a physical inspection of the evidence by defense counsel. That inspection is being arranged.

The parties agree and stipulate that the time until December 5, 2014 should be excluded, under 18 U.S.C. §3161(H)(1)(D) and (7)(A) and (B)(iv), because a Motion to Suppress Evidence has been pending in this case since August 7, 2014, and because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts, including legal research into sentencing issues and a viewing of the physical evidence.

Date  08/26/14     /s/
                   John Paul Reichmuth
                   Assistant Federal Public Defender
                   Counsel for defendant OLIVER


Date  08/26/14     /s/
                   Roger Dinh
                   Special Assistant United States Attorney

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts including legal research into sentencing issues and a viewing of the physical evidence. The court also finds that a pretrial motion has been pending in this case since August 7, 2014. Based on these findings, IT IS hereby ORDERED that the MOTIONS HEARING date of September 19, 2014 presently

scheduled at 9:30 a.m., before the Honorable John S. Tigar, be vacated and re-set for December 5, 2014 at 9:30 a.m. for MOTIONS HEARING and that the Government's Opposition to the pending Motion to Suppress Evidence be filed by November 7, that the Reply be filed by November 14, and that any Sur-reply be filed by November 19, 2014.

IT IS SO ORDERED.

__8/27/14__
Date

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE